IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

EKAETTE CLEMENTS,
REGINA CAESAR, and
NGOZI UGWUNZE,

    Plaintiffs,

v.                                                C.A. NO.: 4:13-cv-00304

AOC SENIOR HOME HEALTH CORP.
and BONNIE WEST,

    Defendants.
_____/

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

NOW COMES EKAETTE CLEMENTS, REGINA CAESAR, and NGOZI UGWUNZE, Plaintiffs herein, and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, hereby give notice of dismissing this action without prejudice.

Respectfully submitted on this 21st day of June, 2013.

                                          **ROSS LAW GROUP**

                                          /s/ Charles L. Scalise
                                          CHARLES L. SCALISE
                                          State Bar No. 24064621

                                          1104 San Antonio Street
                                          Austin, Texas 78701
                                          (512) 474-7677 - Telephone
                                          (512) 474-5306 - Facsimile

                                          **ATTORNEYS FOR PLAINTIFFS**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

EKAETTE CLEMENTS,
REGINA CAESAR, and
NGOZI UGWUNZE,

    Plaintiffs,

v.                                                      C.A. NO.: 4:13-cv-00304

AOC SENIOR HOME HEALTH CORP.
and BONNIE WEST,

    Defendants.
_____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On this day, the Court considered the Plaintiffs' Notice of Dismissal without Prejudice. Having considered the pleading, the above-styled and numbered cause is hereby DISMISSED WITHOUT PREJUDICE.